PATRICK MORIARTY, State Bar No. 213185
pmoriarty@cmtrlaw.com
JOHN ROBINSON, State Bar No. 297065
jrobinson@cmtrlaw.com
CASTILLO, MORIARTY, ROBINSON
75 Southgate Avenue
Daly City, CA  94015
Telephone:      (415) 213-4098

Attorneys for Defendants
CITY OF PITTSBURG and GERRY GRANER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMOS STURGIS;<br><br>                                   Plaintiff,<br><br>v.<br><br>CITY OF PITTSBURG, OFFICER GERRY GRANER, and DOES 1-10,<br><br>                                   Defendants. | Case No. 3:26-cv-05201-AGT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS CITY OF PITTSBURG AND GERRY GRANER'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Magistrate Judge Alex G. Tse<br><br>Date: August 28, 2026<br>Time: 10:00 a.m. |

Defendants City of Pittsburg and Gerry Graner's Motion to Dismiss Plaintiff's Third and Fourth Causes of Action came before the Court on August 28, 2026.

Having considered the moving papers, any opposition and reply, the pleadings, the arguments of the parties, and all other matters properly before the Court, the Court finds good cause to grant the motion.

Accordingly, Defendants' Motion to Dismiss is GRANTED.

Plaintiff's Third Cause of Action for unreasonable search based on the blood draw is DISMISSED.

Plaintiff's Fourth Cause of Action for municipal liability under Monell is DISMISSED.

This Order does not dismiss Plaintiff's First Cause of Action for unreasonable seizure/false arrest or Plaintiff's Second Cause of Action for excessive force.

CASTILLO, MORIARTY, ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015

CITY'S MTD – [PROPOSED] ORDER
3:26-CV-05201-AGT

IT IS SO ORDERED.


DATED: _____        _____

                                       HON. ALEX G. TSE

                                       United States Magistrate Judge

CASTILLO, MORIARTY, ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015

CITY'S MTD – [PROPOSED] ORDER
                                       3:26-CV-05201-AGT