PATRICK MORIARTY, State Bar No. 213185
pmoriarty@cmtrlaw.com
JOHN ROBINSON, State Bar No. 297065
jrobinson@cmtrlaw.com
CASTILLO, MORIARTY, ROBINSON
75 Southgate Avenue
Daly City, CA  94015
Telephone:      (415) 213-4098

Attorneys for Defendants
CITY OF PITTSBURG and GERRY GRANER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMOS STURGIS; | Case No. 3:26-cv-05201-AGT |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | Magistrate Judge Alex G. Tse |
| CITY OF PITTSBURG, OFFICER GERRY GRANER, and DOES 1-10, | |
| Defendants. | |

CASTILLO, MORIARTY, ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015

PROOF OF SERVICE
*Sturgis vs. City of Pittsburg*
3:26-cv-05201-AGT

I am a resident of the State of California, over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is: 75 Southgate Avenue, Daly City, California 94015. On June 30, 2026, I served the within:

- **DEFENDANTS CITY OF PITTSBURG AND GERRY GRANER'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**
- **[PROPOSED] ORDER GRANTING DEFENDANTS CITY OF PITTSBURG AND GERRY GRANER'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

Lamos Sturgis
2816 Pistachio Court,
Antioch, CA 94509
*Plaintiff – Pro Per*

☒   By United States Mail: I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope/package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing documents for mailing. On the same day that the document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Daly City, California.

☒   *(FEDERAL)* I declare under the laws of the United States of America that I am employed in the office of a member of the Bar of this court at whose direction the service was made and that the foregoing is true and correct.

Executed on June 30, 2026, at Daly City, California.

*/s/Kelly Karpenske*
_____
Kelly Karpenske

CASTILLO, MORIARTY, ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015

POS
3:26-CV-05201-AGT