UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMOS STURGIS,<br>Plaintiff,<br>v.<br>CITY OF PITTSBURG, et al.,<br>Defendants. | Case No. 26-cv-05201-RFL<br><br>**ORDER GRANTING MOTION TO CONTINUE OPPOSITION DEADLINE**<br><br>Re: Dkt. No. 14 |

Plaintiff Lamos Sturgis's administrative motion to extend the deadline to file his opposition to Defendants' motion to dismiss is **GRANTED**. Sturgis shall file his opposition by **July 29, 2026**, and Defendants shall file their reply by **August 5, 2026**.

**IT IS SO ORDERED.**

Dated: July 20, 2026

RITA F. LIN
United States District Judge