Lamos Sturgis
2816 Pistachio Court
Antioch, CA 94509
(925) 293-6050
Pro Se

FILED
OCT 07 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
OCT 07 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Division [check one]: ☒ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka-McKinleyville

Lamos Sturgis

Plaintiff,

v.

City of Pittsburg, Officer Gerry Graner, and DOES 1-10

Defendant.

Case No. 3:26-cv-05201-RFL

**PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT**

Judge: Hon. Rita F. Lin

**1. Jurisdiction and Service**

This action arises under 42 U.S.C. § 1983 for violations of Plaintiff's constitutional rights, including, but not limited to, the Fourth Amendment. The Court has federal jurisdiction under 28 U.S.C. § 1331. All defendants have been served, and there are no issues regarding personal jurisdiction or venue.

**2. Facts**

Plaintiff was seated in his vehicle at Riverview Park after fishing when Officer Graner approached, opened the vehicle door, placed his leg inside, and demanded identification. Plaintiff was compliant and did not attempt to flee. Plaintiff did not display signs of intoxication and did not resist.

Officers forcibly restrained Plaintiff, held him on pavement for approximately 1.5 hours, kept him handcuffed for approximately 12 hours, and denied him medical care. Officers obtained a blood draw warrant based on misrepresentations or omissions. Plaintiff's blood test was negative, and no criminal charges were filed. Plaintiff was released that night believing he had been arrested, because the officers treated it like an arrest. Later the department issued a Detention Certificate, proving he was *not* arrested.

Defendants' Case Management Statement asserts that the officer ran Plaintiff's license plate and discovered a restraining order. Plaintiff is the sole registered owner of his vehicle and has never been subject to any restraining order. The arrest report contains no reference to any restraining order. Defendants' description is inconsistent with the arrest report and Plaintiff's record.

**3. Legal Issues**

The legal issues include:

- Whether Plaintiff was unlawfully detained and arrested in violation of the Fourth Amendment.
- Whether excessive force was used.
- Whether the blood draw constituted an unreasonable search.
- Whether the City of Pittsburg is liable under *Monell* for policies, customs, or failures to train that caused the violations.

**4. Motions**

- Defendants have filed a Motion to Dismiss the Third and Fourth Causes of Action.
- Prior complaints involving Officer Graner and internal investigation records will be sought through a Pitchess motion
- B. Plaintiff filed a government claim against the City of Pittsburg (postmarked October 2, 2026)

---

**5. Amendment of Pleadings**

A. Plaintiff anticipates amending the Complaint. Plaintiff requested leave to amend in his Opposition to Defendants' Motion to Dismiss. Plaintiff expects to amend to add factual details obtained through discovery regarding:

- **the blood draw warrant**, including the affidavit submitted by Officer Graner, any misrepresentations or omissions, and the basis asserted for probable cause;
- **municipal liability**, including Pittsburg Police Department policies, training practices, supervision, investigation procedures, and any evidence of pattern or ratification; and
- **officer conduct**, including body-worn camera footage, dispatch/CAD logs, internal reports, and additional details concerning the detention, use of force, and execution of the blood draw.

---

**6. Evidence Preservation**

Plaintiff has reviewed the ESI guidelines. Plaintiff requests preservation of all body-worn camera footage, dispatch logs, warrant materials, internal reports, and training documents related to the incident.

---

**7. Disclosures**

Plaintiff is prepared to exchange initial disclosures within 14 days of the Case Management Conference.

---

**8. Discovery**

Plaintiff anticipates discovery on the following subjects:

- Body-worn camera footage.
- CAD logs and dispatch records.
- The blood draw warrant affidavit submitted by Officer Graner.
- Pittsburg Police Department Policies 300, 203, and 312.
- Training materials regarding detention, arrest, force, and warrant procedures.
- Evidence logs related to alleged marijuana, paraphernalia, and pepper spray.
- Medical records related to the blood draw.

Plaintiff anticipates written discovery, depositions, and third-party subpoenas.

---

**9. Class Actions**

Not applicable.

---

**10. Related Cases**

Not applicable

---

**11. Relief**

Plaintiff seeks compensatory damages, emotional distress damages, punitive damages against Officer Graner, and any additional relief the Court deems just.

---

**12. Settlement and ADR**

The parties have not engaged in settlement discussions. Plaintiff is willing to participate in mediation after initial disclosures and production of key discovery such as body-worn camera footage.

---

**13. Other References**

Not applicable.

## 14. Narrowing of Issues

The pending Motion to Dismiss may narrow the issues. Additional issues may be resolved through discovery and future motions.

## 15. Scheduling

Plaintiff requests that the Court set deadlines for discovery, motions, and trial.

## 16. Trial

Plaintiff requests a jury trial. Estimated length: 4–5 days.

## 17. Disclosure of Non-Party Interested Entities or Persons

None.

## 18. Professional Conduct

Plaintiff has reviewed the Guidelines for Professional Conduct.

## 19. Other

None at this time.

Date: 10/7/2026

Sign Name: Lamos W Sturgis

Print Name: LAMOS W. STURGIS

Pro Se

## CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

Unless all parties to the case, including you, are electronic filers, you must serve each document you file by sending or delivering it to the opposing side. Complete this form and include it with the document that you file and serve.

1. **Case Name:** Sturgis v. City of Pittsburg, et al
2. **Case Number:** 3:26-cv-05201-RFL
3. **What documents were served?** Write the full name or title of the document(s)

   Plaintiff's Case Management Conference Statement

4. **How was the document served?** Check one:

   ☒ Placed in U.S. Mail

   ☒ Sent via email [if the other party has agreed to accept service by email]

5. **Who did you send the document to?** [Write the full name and contact information for each person you sent the document.]

   **John Braden Robinson**
   Castillo Moriarty Robinson LLP
   75 Southgate Avenue
   Daly City, CA 94015
   Email: jrobinson@cmtrlaw.com

6. **When were the documents sent?** 10/7/26
7. **Who served the documents?** [Whoever puts it into the mail, emails, delivers, or sends for delivery should sign, and print their name and address. You can do this yourself.]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: Lamos W Sturgis

Name: Lamos Sturgis

Address: 2816 Pistachio Court, Antioch, CA 94509